# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**National Fire & Marine Insurance Company**
Plaintiff(s),

v.

**Glencrest Healthcare & Rehabilitation Centre, Ltd., et al**,
Defendant(s).

Case No. 1:21-cv-03653
Judge Sunil R. Harjani

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

☒ other: Judgment is entered in favor of NFM on the issue of indemnification of attorneys' fees in light of the Court's granting of NFM's motion for summary judgment in the Court's amended memorandum opinion and order dated March 18, 2025.

This action was *(check one)*:

X  decided by Judge Harjani.

Date: 8/6/2025

Thomas G. Bruton, Clerk of Court

Lynette Santiago, Deputy Clerk